FRANK SALOMONE, as Administrator, etc., of FRANK SALOMONE, Deceased, Respondent, v. YELLOW TAXI CORPORATION, Appellant.— Judgment affirmed, with costs. No opinion. Rich, Jaycox, Kelby and Young, JJ., concur; Kelly,

P. J., dissents and votes to reverse the judgment and to dismiss the complaint upon the ground that plaintiff failed to prove that the death of the intestate was caused by the defendant's negligence. There is no evidence as to how the accident occurred. (*Wicks* v. *Cowperthwait Co.*, 203 App. Div. 705, and cases cited.)